# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DON AND CYNTHIA HALL,<br><br>    Plaintiffs,<br><br>vs.<br><br>SHELTER MUTUAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 5:16-cv-171-W |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs, Don and Cynthia Hall, by and through J. Revell Parrish, attorney of record, of the firm Whitten Burrage, joining with Defendant, Shelter Mutual Insurance Company, by and through R. Ryan Deligans, attorney of record, of the firm Durbin, Larimore & Bialick, and stipulate and agree that the above-captioned matter be dismissed with prejudice against the filing of a future action thereon, for the reason that the parties have entered into a compromise settlement. The parties therefore submit that this matter is concluded, pursuant to Rule 41(a)(1)(A)(ii), and respectfully request this Court to enter an administrative closing order as necessary.

| | |
|---|---|
| *s/J. Revell Parrish* | *s/ R. Ryan Deligans* |
| Reggie N. Whitten, Esq., OBA #9576 | R. Ryan Deligans, OBA No. 19793 |
| Michael Burrage, Esq., OBA #1350 | Andrew M. Gunn, OBA No. 19470 |
| J. Revell Parrish, Esq., OBA #30205 | Durbin, Larimore & Bialick |
| Whitten Burrage | 920 North Harvey |
| 1215 Classen Drive | Oklahoma City, OK 73102-2610 |
| Oklahoma City, OK 73103 | Telephone: (405) 235-9584 |
| Telephone: (405) 516-7800 | Facsimile: (405) 235-0551 |
| Facsimile: (405) 516-7859 | E-Mail: dlb@dlb.net |
| rwhitten@whittenburragelaw.com | Attorneys for Defendant |
| mburrage@whittenburragelaw.com | |
| rparrish@whittenburragelaw.com | |
|         and | |

John L. Branum, OBA #20165
Branum Law Firm, PLLC
7701 S.Western Ave., Ste. 205
Oklahoma City, OK 73139
Telephone: (800) 318-9950
Facsimile: (800) 418-8210
Attorneys for Plaintiffs

1413.0405\#17392846v1<OKC> -Dismissal Stipulation